■ CEMETERY BOARD OF THE STATE OF NEW YORK v. EVERGREENS CEMETERY et al.—Motions by Metropolitan Funeral Directors Association, Inc., and others for leave to file a brief as *amicus curiæ* and to participate in the argument of the appeal granted only insofar as to permit movants to file a

brief as *amicus curiæ*, limiting the contents of said brief to the issues raised in the papers on appeal, on or before February 15, 1962. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.